FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 06 2001 **MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

HONORABLE BARBARA JACOBS ROTHSTEIN
CC: TO JUDGE ___MR___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENYATTO ALLAH and GREGORY LEWIS<br><br>    Plaintiff<br><br>v<br><br>THE CITY OF SEATTLE,<br>a municipal corporation,<br><br>and<br><br>NORM STAMPER, in his capacity as former Chief of Police of the City of Seattle and as an individual,<br><br>and<br><br>ASSISTANT CHIEF JOHN DIAZ, in his official capacity and as an individual,<br><br>and<br><br>OFFICER RONALD MARTIN, in his official capacity and as an individual<br><br>    Defendants | No   C00-1061R<br><br>SUBPOENA DUCES TECUM |



CV 00-01061  #00000084

SUBPOENA DUCES TECUM-1

LAW OFFICE OF
KRISTINE COSTELLO, P S
615 SECOND AVENUE SUITE 760
SEATTLE, WA 98104-2203
(206) 749-5020 • Fax (206) 587-0226

TO    Records Custodian
Harborview Medical Center
Patient Data Services
Release of Information Services
325 Ninth Avenue
Seattle, WA 98104

YOU ARE HEREBY COMMANDED TO APPEAR at the offices of Kristine Costello, 615 Second Avenue, 7th Floor, Seattle, WA 98104 at 9 00 a m on the 11th day of June, 2001, and bring with you information in Harborview Medical Center's possession, custody or control, with respect to Clifford S Wilson (d o b 5/6/80) ("Patient"), whether memorialized in writing or not, including but not limited to

1    All medical and chart records in your possession or control relating to the above-named Patient, including without limitation, all notes, all memoranda, all impressions, all diagnostic tests ordered and results thereof, all x-rays, all bone scans, all CT scans, all photographs or photographic impressions, all lab reports, all report from specialists consulted, all pictorial representations, all dictionation, all computer entries, all letters, all evaluations, etc

2    The results of all drug and alcohol tests, including, but not limited to the urine and blood levels on September 20, 1998  urinalysis for ethyl alcohol; drug abuse screen, urine blood tests – ethyl alcohol and drug, any other test that measures alcohol and drug levels

3    Copies of written or recorded statements and the substance of any oral statements of Patient while receiving healthcare at Harborview Medical Center, including but not limited to notes from the emergency room care,

SUBPOENA DUCES TECUM-2

4   Copies of any written or recorded evaluation or reports with respect to the Patient, and the substance of any oral evaluations or reports with respect to the Patient;

5   The results of physical or mental examination or scientific tests conducted for Patient,

6   Copies of all notes, whether handwritten, recorded, transcribed or otherwise memorialized of all interviews taken in furtherance of healthcare provided to Patient,

7   YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned shall request from the healthcare provider, Harborview Medical Center

Copies of written or recorded observations of the demeanor and physical appearance of the Patient,

YOU MAY PROVIDE A COPY OF THE SUBPOENAED RECORDS TO COUNSEL FOR MR ALLAH AND MR LEWIS NO LATER THAN JUNE 11th, 2001 IN LIEU OF A PERSONAL APPEARANCE

DATED the 30th day of May, 2001

Respectfully submitted:
KRISTINE COSTELLO, P S

_____
WILLIAM BROBERG, WSBA# 29319
Attorney for Kenyatto Allah and
Gregory Lewis

SUBPOENA DUCES TECUM-3

LAW OFFICE OF
KRISTINE COSTELLO, P S
615 SECOND AVENUE SUITE 760
SEATTLE, WA 98104-2203
(206) 749-5020 • Fax (206) 587-0226