CC: TO JUDGE___PM___

The Honorable Barbara J. Rothstein
Noted for Hearing  July 13, 2001

FILED_____ENTERED
_____LODGED_____RECEIVED

JUN 28 2001   PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENYATTO ALLAH and GREGORY
LEWIS,

　　　　　　　　Plaintiffs,

v.

CITY OF SEATTLE, et al.,

　　　　　　　　Defendants.

No C00-1061R

DECLARATION OF TED BUCK
SUPPORTING MOTION TO CHANGE
TRIAL DATE

TED BUCK declares as follows:

1.　　I am one of the principal attorneys for the defendants in this matter and make this declaration of my own personal knowledge.

2.　　With great reluctance I ask the court to postpone the trial date in this matter for a very brief time  A conflicting event has arisen that is very important to me personally and has been long in the planning.  For the past several years my brothers and I have been attempting to organize a trip to Alaska to commemorate my father's birthday  After much discussion and planning, we settled upon this fall as the year that we would make the trip, associating it with my father's 70th year. We made the decision to plan the trip specifically for this fall last summer (August 2000).

3　　We were unable to secure particular dates for the trip until just recently, however.  Specifically, one of my brothers had to locate a guide with availability to take us

DECLARATION OF TED BUCK
SUPPORTING MOTION TO CHAI
DATE - 1

\\SFC3\DATA\CLIENTS\3000\000\3019\21270\PLEADINGS\CHANGE TI

STAFFORD FREY COOPER

CV 00-01061 #00000091

into the back country at a time that would coincide with the appropriate hunting season. He was able only recently to finalize those arrangements

4.     Our trip has been scheduled to begin on September 15th and continue through September 25th I am planning to leave for Alaska on September 13th. The trial date in this case is on September 17th. To resolve the conflict in those dates, I am requesting that the court move the trial date of this matter to a different time that is mutually convenient for the parties and the court.

5.     I have addressed the issue of this conflict with opposing counsel and asked their cooperation in obtaining a new date for the trial. Attached to this declaration as Exhibit 1 is a true and correct copy of the letter I sent to the plaintiff's attorneys asking for that accommodation. Attached to this declaration as Exhibit 2 is a true and correct copy of the response I got from the plaintiffs' attorneys denying my request.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 27th day of June, 2001.

Ted Buck

DECLARATION OF TED BUCK
SUPPORTING MOTION TO CHANGE TRIAL
DATE - 2

\\SFC3\DATA\CLIENTS\3000\000\3019\21270\PLEADINGS\CHANGE TRIAL-BUCK DECL DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

1        <u>Certificate of Service</u>

2    The undersigned certifies under the penalty of perjury according to the laws of the United
     States and the State of Washington that on this date I caused to be served in the manner
3    noted below a copy of this document entitled DECLARATION OF TED BUCK
     SUPPORTING MOTION TO CHANGE TRIAL DATE on the following individuals:

4
     William Broberg
5    Kristine Costello, P S
     615 Second Avenue, Suite 760
6    Seattle, WA   98104

7    *Co-Counsel for Plaintiffs*

8    Richard E. Mitchell, Esq.
     Dorsey & Whitney LLP
9    1420 Fifth Avenue, Suite 3400
     Seattle, WA   98101
10
     *Co-Counsel for Plaintiffs*
11
     [ ] Via Facsimile
12   [ ] Via Mail
     [ X ] Via Messenger
13
         DATED this 28th day of June, 2001, at Seattle, Washington.
14

15

16                                          Brina Carranza
                                            Brina Carranza
17

18

19

20

21

22

23

24

25

26
     DECLARATION OF TED BUCK                          STAFFORD FREY COOPER
     SUPPORTING MOTION TO CHANGE TRIAL               ──── Professional Corporation ────
     DATE - 3                                         A T T O R N E Y S
                                                         2500 RAINIER TOWER
                                                          1301 FIFTH AVENUE
     \\SFC3\DATA\CLIENTS\3000\000\3019\21270\PLEADINGS\CHANGE TRIAL-BUCK DECL DOC    SEATTLE, WASHINGTON 98101-2621
                                                       TELEPHONE (206) 623-9900



# STAFFORD FREY COOPER

J. WILLIAM ASHBAUGH
SCOTT D. BISSELL
MICHAEL C. BOLASINA
ANNE M. BREMNER
THERON A. BUCK
HEATHER L. CARR
TOBIN E. DALE
BLAKE EDWARD DIAS
A. RICHARD DYKSTRA
SCOTT D. FLETCHER
THOMAS D. FREY
KENNETH HOBBS
STEPHEN P. LARSON
LISA M. MARCHESE

——————— *Professional Corporation* ———————

*Founded 1905*

A T T O R N E Y S

2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885
WWW.STAFFORDFREY.COM

MARCUS B. NASH
WILLIAM L. NEAL
DAVID J. ONSAGER
JOHN E.D. POWELL
KATHERINE M. STEELE
PHILLIP L. THOM
KIM M. TRAN
JAMES P. WAGNER
JAMES T. YAND

*OF COUNSEL*
RONALD S. BEMIS
JOHN G. COOPER
SHANNON STAFFORD

June 1, 2001

## COPY BY FACSIMILE; ORIGINAL BY MAIL

David Goodnight, Esq.
Dorsey & Whitney
1420 Fifth Avenue, #3400
Seattle, WA 98101

      Re:    Allah and Lewis v. City of Seattle
              Our File No.: 3019/21270

Dear David·

      Thank you for providing June 15 for the depositions of your clients. We will send out revised notices setting Mr Lewis at 9:00 and Mr. Allah at 1.00.

      On a different front, I would like your cooperation in moving the current trial date. I have a personal conflict, a trip to Alaska my brothers and I are giving my father in recognition of his seventieth birthday. We are leaving September 13 and I will return September 25. From past experience we are aware that the court prefers these matters be handled cooperatively, and Steve and I shall endeavor to accommodate any alternative date you may desire. This trip is quite important to me and I appreciate your consideration of this request.

      I look forward to your response.

                    Very truly yours,

                    STAFFORD FREY COOPER

                    Ted Buck

# DORSEY & WHITNEY LLP

MINNEAPOLIS
NEW YORK
SEATTLE
DENVER
WASHINGTON, D C
DES MOINES
ANCHORAGE
LONDON
COSTA MESA

U S BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 903-8800
FAX (206) 903-8820

RICHARD E MITCHELL
Direct Line (206) 903-8881
Fax (206) 903-8840
MITCHELL.RICHARD@DORSEYLAW.COM

BILLINGS
GREAT FALLS
MISSOULA
BRUSSELS
FARGO
HONG KONG
ROCHESTER
SALT LAKE CITY
VANCOUVER

**RECEIVED**

**JUN 0 7 2001**

STAFFORD FREY COOPER

June 6, 2001

c/m#700010-78

## VIA FACSIMILE & FIRST CLASS MAIL

Theron Buck, Esq.
Stafford Frey Cooper
2500 Rainier Tower
1301 Fifth Avenue
Seattle, WA 98101-2621

RE:   Kenyatto Allah and Gregory Lewis v City of Seattle, et al
U.S. District Court, Western District of Washington, No C00-1061R

Dear Mr Buck:

Since October of last year, we have organized our schedules and personal trips around the 10 day trial commencing on September 17, 2001  Although we wish your father and family the best on this momentous occasion, we are not, however, in a position to accommodate your request to continue the current trial date.

Very truly yours,

DORSEY & WHITNEY LLP

Richard E. Mitchell

cc· David Goodnight
Vanessa Power
William Broberg
Kristine Costello