CERTO JUDGE  DJ
FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**JUL 20 2001** DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

THE HONORABLE BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENYATTO ALLAH and GREGORY LEWIS,            )
                                             )
                    Plaintiffs,              )   NO C00-1061R
                                             )
            v.                               )   **PLAINTIFFS' PRE-TRIAL STATEMENT**
                                             )
CITY OF SEATTLE, et al.,                     )
                                             )
                    Defendants.              )
                                             )
                                             )
_____)

## I. FEDERAL JURISDICTION

This Court has personal and subject matter jurisdiction over plaintiffs' federal civil rights claims under 28 U S C §§ 1331, 1343, 2201, and 2202, and pendent jurisdiction over their state-law claims and over defendants under 28 U S.C. § 1367  Venue is proper in the Western District of Washington under 28 U S C § 1391(b) and (c)

## II. PLAINTIFFS' CLAIMS FOR RELIEF

Plaintiffs' intend to pursue the following claims for relief against Officer Ronald Martin of the Seattle Police Department  (1) violations of the Fourth and Fourteenth Amendments of the United States Constitution, for unreasonable seizures, excessive force, and arrest without probable cause; (2) violations of the First and Fourteenth Amendments of the United States Constitution, for denial of right to exercise free speech; (3) assault, (4) battery, (5) false arrest; (6) tort of outrage, and (7) punitive damages.



CV 00-01061  #00000107

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903 8800
(206) 903 8820

1

## III.  RELEVANT & NON DISPUTED FACTS

On November 26, 1997, Kenyatto Allah ("Kenyatto") was teaching at the Teen Life Center, adjacent to Garfield Community High School, when several officers entered the facility and forcibly removed two juveniles from his class   When Kenyatto asked for the officers to identify themselves, and explain their conduct, they refused.  Kenyatto followed them outside, approached and spoke to Officer Martin.  Omari Tahir intervened in the encounter between Officer Martin and Kenyatto.  Officer Martin admits that he had an encounter with someone at the Teen Life Center, and that when he has an encounter he remembers the person.  As a result of the conduct of the officers, including Officer Martin's, Gregory Lewis ("Gregory"), using the last name Jackson, filed a formal complaint on Kenyatto's behalf with the Seattle Police Department.  Kenyatto and Omari Tahir spoke directly to Assistant Chief Diaz (formerly Captain) and Director Bailey (formerly Lieutenant) about the incident and Officer Martin

A Seattle Police Department investigator called and spoke to Officer Martin about the incident Assistant Chief Diaz asked Director Bailey to look into complaints he had heard about Officer Martin In his personal vehicle, Director Bailey monitored Officer Martin while he was on duty

On September 20, 1998, Kenyatto, Gregory, and two other friends, were exercising in their bare feet, in a park adjacent to the Garfield Community Center   Kenyatto saw Officer Martin, who drove up in his patrol vehicle and made eye contact with Kenyatto minutes before a car crashed at the intersection of 23rd and Cherry St   Kenyatto told Gregory, who looked in the direction of the police car, of the officer's presence   Officer Martin admits he was patrolling the area before the crash

Kenyatto, Gregory, and their two friends, heard the crash and immediately went to assist.  Job Melton, who was talking to a friend outside his house, heard the crash and called 911   His friend ran to assist at the crash.  Job described what he saw to 911 dispatch, and then went to assist   Kenyatto entered the car to assist the only occupant, an injured young man, who was trapped in the passenger seat and pinned against the dash board   Kenyatto pulled the injured passenger's seat back, talked to him, and

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800
(206) 903-8820

1   tilted his head so he could breath.  Gregory also talked to him and attempted to loosen his seat belt

2   Job's friend entered the car and cut the injured passenger's seat belt.  As medics began to arrive,

3   Gregory told Kenyatto.  Kenyatto immediately began to exit the rear of the car "seat" first  Gregory and

4   Job's friend also moved away from the car

5          Officer Martin was the first officer at the scene, arriving within seconds of receiving the call

6   from dispatch.  Officer Martin knew from dispatch that two juveniles had fled the crash, and had no

7   basis to believe that Kenyatto was one of those juveniles  Kenyatto and Gregory are not juveniles

8   Officer Martin pulled up behind the crashed car as Kenyatto exited it.

9          Without asking a single question of either the onlookers or Kenyatto, Officer Martin engaged

10  Kenyatto, and forcibly restrained him against the hood of the crashed car  Officer Martin admits

11  arresting Kenyatto for auto theft  Onlookers, Job Melton, and the gentlemen that cut the injured

12  passenger's seat belt, immediately told Officer Martin that Kenyatto was just helping the injured

13  passenger.

14        Officer Williams, the second officer to arrive at the scene, then pulled up in front of the crashed

15  car.  Officer Williams admits that, when he arrived, Officer Martin was already beside the crashed car

16  with Kenyatto  He approached Officer Martin to assist – and heard the onlookers yelling that Kenyatto

17  was just trying to help.  Believing what he heard, Officer Williams spoke to Officer Martin. Officers

18  Martin and Williams subsequently let Kenyatto go.  Neither officer gave Kenyatto a command at this

19  time.  Kenyatto then walked back towards where the crowd of onlookers had gathered.  He did not run

20  Officer Martin admits that he still had not asked Kenyatto a single question at this point

21        Gregory then approached Officer Williams beside the crashed car, and explained he and

22  Kenyatto were just helping the injured man  Officer Martin was within four feet of this entire discussion.

23  Officer Williams and Gregory talked for a few minutes.

24        Then, Officer Martin yelled and rushed towards Kenyatto  Having just explained the situation to

25  Officer Williams within earshot of Officer Martin, Gregory ran along side Officer Martin and reiterated

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800
(206) 903-8820

1   that they were just trying to help   Officer Martin admits that he initiated physical contact with Gregory.

2   Officer Martin engaged Gregory.

3   Both Kenyatto and Gregory were forcibly arrested, jailed and then prosecuted for resisting arrest,

4   obstructing and assaulting an officer.   They were never charged or prosecuted for auto theft   They were

5   acquitted of all charges, except the jury hung on Kenyatto's resisting arrest charge.   It is undisputed that

6   the only reason Kenyatto and Gregory went to the scene of the crash was to help the injured passenger

7   ## IV. PLAINTIFFS' SUMMARY FACTUAL CONTENTIONS

8   1.   While disregarding the totality of the circumstances surrounding the crash, Defendant

9   Martin violated Kenyatto's and Gregory's right to be free from unreasonable seizures, excessive force,

10   and arrest without probable cause, falsely arrested, committed the tort of outrage, and assaulted and

11   battered each of them, when he. (a) without asking a single question, seized Kenyatto as he exited the

12   car, twisted his arm behind his back, picked him up off the ground, slammed him face first against the

13   hood, and arrested him for auto theft, causing injuries for which Kenyatto is entitled to damages, and (b)

14   grabbed Gregory by the throat without provocation, picked him off the ground by neck, slammed him

15   against a retaining wall, choked him, threw him to the ground, arrested him, and caused injuries for

16   which Gregory is entitled to damages

17   2   In retaliation, Defendant Martin violated Kenyatto's and Gregory's right to exercise free

18   speech, when he: (a) with knowledge of Kenyatto's formal complaint against him concerning the Teen

19   Life Center, and other prior confrontations between them, seized and arrested Kenyatto as described in

20   item 1(a) above, causing injuries for which Kenyatto is entitled to damages; and (b) with no basis to

21   suspect Gregory of committing a crime, seized Gregory by the neck as described in item 1(b) above for

22   yelling that he and Kenyatto were just trying to help the injured man, placed Gregory in a life

23   threatening unprovoked choke hold, threw him to the ground, and caused injuries for which Gregory is

24   entitled to damages

25   ///

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800
(206) 903-8820

### V. ISSUES OF LAW

1.      Whether Defendant Martin can claim qualified immunity if the facts viewed in Plaintiffs' favor indicate constitutional violations of Plaintiffs' rights, and, if so, whether those rights were clearly established such that it would be clear to a reasonable officer that Defendant Martin's conduct was unlawful

2      Whether a finding of probable cause with respect to Defendant Martin's first seizure and arrest of Kenyatto, and first seizure and arrest of Gregory, precludes Plaintiffs' First Amendment Claim

### VI. WITNESSES

| Name | Address | Nature of Testimony | Designation |
|------|---------|---------------------|-------------|
| Allah, Kenyatto | 2306 E. Madison, #119 Seattle, WA 98112 T: 206-568-3499 | The 11/26/97 incident, prior contact with Officer Martin, and the factual circumstances of the 9/20/98 crash | Will Testify |
| Bailey, Harold | 610 – 3rd Avenue Seattle, WA 98104 T. 206-684-5520 | Knowledge of and communications with plaintiffs and Asst. Chief Diaz concerning Officer Martin | Possible Witness Only |
| Barnes, Anthony | 2509 E. Cherry St. Seattle, WA 98122 T  206-442-9233 | Factual circumstances surrounding the 9/20/98 crash | Possible Witness Only |
| Emery, Anna | 610 – 3rd Avenue Seattle, WA 98104 T  206-684-5520 | Factual circumstances of 9/20/98 incident, discussions with officers at scene, and Use of Physical Force Report authored | Will Testify |
| Garrett, Kwami | Address unknown T: 917-806-4496 | Factual circumstances of the 11/26/97 incident, and other contacts between Kenyatto and Officer Martin | Possible Witness Only |
| Garrett, James - aka - Tahir, Omari | King County Jail | Factual circumstances of the 11/26/97 incident, and communications with Director Bailey and Assist  Chief Diaz concerning Officer Martin | Possible Witness Only |
| Guballa, Vincent | 610 – 3rd Avenue | Investigation into charges against | Possible |

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE  WASHINGTON  98101
(206) 903-8800
(206) 903-8820

| Name | Address | Nature of Testimony | Designation |
|---|---|---|---|
| | Seattle, WA 98104<br>T: 206-684-5520 | Kenyatto and Gregory, discussions with officers, various SPD forms prepared | Witness Only |
| Haviland, Ronald | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T. 206-684-5520 | Factual circumstances of the 9/20/98 incident, and SPD statements | Will Testify |
| Holmes Neshaun | 5409 – 35th Ave S<br>Seattle, WA 98118<br>T: 206-721-5841 | Kenyatto's emotional and physical well being following the 9/20/98 incident | Will Testify |
| Hunter, "Che" Danavian | 412 E Novak Lane,<br>Apt. C-304<br>Kent, WA 98032<br>T: 253-856-3205 | Personal experience with Officer Martin where Kenyatto was present | Possible Witness Only |
| Johnson, James | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T: 206-684-5520 | Concerning transcription of call to 911 and East Dispatch re incident 98-401683 | Possible Witness Only |
| Lawson, Gene | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T· 206-684-8640 | Concerning CAD system codes, operating, and logging | Possible Witness Only |
| Leavell, Ronald | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T: 206-684-5520 | Letters authored concerning IIS 98-0226 | Possible Witness Only |
| Lewis, Gregory | 907 E. Pine, PMB#138<br>Seattle, WA 98122<br>T  206-715-8253 | The 11/26/97 incident, prior contact with Officer Martin, and the factual circumstances of the 9/20/98 crash | Will Testify |
| Martin, Ronald | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T: 206-684-5520 | Factual circumstances of the 11/26/97, 9/20/98 incidents, contact with plaintiffs, and SPD statements | Will Testify |
| McThomas, Linda | 1806 – 23rd Ave, #3<br>Seattle, WA 98122<br>T. 206-720-0765 | Kenyatto's emotional and physical well being following the 9/20/98 incident | Possible Witness Only |
| McKinnon, William | 2323 E. Cherry<br>Seattle, WA 98122 | Factual circumstances surrounding the 9/20/98 crash | Will Testify |

**DORSEY & WHITNEY LLP**
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800
(206) 903-8820

| Name | Address | Nature of Testimony | Designation |
|---|---|---|---|
| | T.  206-684-4788 | | |
| Melton, Job | 542 25th Ave<br>Seattle, WA  98122<br>T.  206-248-6983 | Factual circumstances surrounding the 9/20/98 crash | Will Testify |
| Nakanishi, Ryan | 2820 S. Myrtle St.<br>Seattle, WA 98108<br>T·  206-386-1921 | Factual circumstances surrounding the 9/20/98 crash | Will Testify |
| Navarro, Amilcar | 814 30th Avenue<br>Seattle, WA 98106<br>T:  206-683-7836 | Factual circumstances surrounding the 9/20/98 crash | Possible Witness Only |
| Newton, Jennifer | 903 9th Avenue #34<br>Seattle, WA<br>T. 206-749-5020 | Concerning the authenticity of the video tape of the incident area. Allah document S0722 | Possible Witness Only |
| Pomper, Steven | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T:  206-684-5520 | Factual circumstances of the 9/20/98 incident, and SPD statements | Will Testify |
| Rodgers, Jeffrey | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T:  206-684-5520 | Factual circumstances of the 9/20/98 incident, and SPD statements | Will Testify |
| Schroeder, Robert | 915 2nd Ave., 28th flr.<br>Seattle, WA 98174<br>T: 206-220-4477 | Plaintiffs' damages resulting from being subjected to criminal prosecution | Will Testify |
| Stoltz, Aaron | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T  206-684-5520 | Factual circumstances of the 9/20/98 incident, and SPD statements | Will Testify |
| Williams, Gregory | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T: 206-684-5520 | Factual circumstances of the 9/20/98 incident, and SPD statements | Will Testify |
| Wingstrand, Brent | 610 – 3rd Avenue<br>Seattle, WA 98104<br>T· 206-684-5520 | Letters authored concerning LI 97-0278 | Possible Witness Only |

DORSEY & WHITNEY LLP<br>U S BANK BUILDING CENTER<br>1420 FIFTH AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON  98101<br>(206) 903-8800<br>(206) 903-8820

## VII. EXHIBITS

| No. | Description |
| --- | --- |
| 1 | Copwatch Case Interview Form re Teen Life Center Incident on 11/26/97 |
| 2 | Complaint filed by G Jackson (Lewis) re Teen Life Center incident on 11/26/97 (still not produced by defendants) |
| 3 | Cpt. B. Wingstrand's letter to G. Jackson (Lewis) re LI 97-0278, dated 2/26/98 |
| 4 | SPD's Event History Summary ("CAD Sheet") re incident 98-401683 |
| 5 | Transcript of 911 and East Dispatch calls re incident 98-401683, from 9/20/98 |
| 6 | Off. R. Martin's written stmt, dated 9/20/98 |
| 7 | Off R Martin's Incident Report, dated 9/20/98 |
| 8 | Off. G. Williams' written stmt, dated 9/20/98 |
| 10 | Off. A Stoltz's written stmt, dated 9/20/98 |
| 11 | Off. J. Rodgers' typed stmt, dated 9/20/98 |
| 12 | Off. R Haviland's typed, dated 9/20/98 |
| 13 | Off. S. Pomper's written stmt, dated 9/20/98 |
| 14 | Off. G. Williams' Traffic Collision report, dated 9/20/98 |
| 15 | Sgt. A Emery's, Use of Physical Force Report, dated 9/20/98 |
| 16 | Off. R Martin's typed stmt., dated 9/23/98 |
| 17 | Det V Guballa's Case Report, dated 9/24/98 |
| 18 | Det. V Guballa's, Cert. for Determination of Probable Cause, dated 9/24/98 |
| 19 | Det. V. Guballa's Follow up Report, dated 9/24/98 |
| 20 | Lt R Leavell's letter to G. Jackson (Lewis) re IIS 98-0226, dated 10/05/98 |
| 21 | Lt. R. Leavell's letter to G. Jackson (Lewis) re IIS 98-0226, dated 2/02/98 ([sic] '99) |
|  | ...inal trial – McKinnon |
| 23 | Certified Transcript from Plaintiffs' criminal trial – Melton |
| 24 | Certified Transcript from Plaintiffs' criminal trial – Martin |
| 25 | Certified Transcript from Plaintiffs' criminal trial – Williams |
| 26 | Certified Transcript from Plaintiffs' criminal trial – Nakanishi |
| 27 | Certified Transcript from Plaintiffs' criminal trial – Stoltz |
| 28 | Certified Transcript from Plaintiffs' criminal trial – Rodgers |
| 29 | Certified Transcript from Plaintiffs' criminal trial – Emery |
| 30 | Certified Transcript from Plaintiffs' criminal trial – Robinson |
| 31 | Certified Transcript from Plaintiffs' criminal trial – Barnes |
| 32 | Certified Transcript from Plaintiffs' criminal trial – Navarro |
| 33 | Certified Transcript from Plaintiffs' criminal trial – McThomas (Allah) |
| 34 | Certified Transcript from Plaintiffs' criminal trial – Lewis |
| 35 | Photos of incident site from criminal proceedings - Plaintiff Ex #1 (Admitted) |
| 36 | Photos of incident site from criminal proceedings - Plaintiff Ex #2 (Admitted) |
| 37 | Photos of incident site from criminal proceedings - Plaintiff Ex #3 (Admitted) |

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE WASHINGTON 98101
(206) 903-8800
(206) 903-8820

25

| No. | Description |
|---|---|
| 39 | Photos of incident site from criminal proceedings - Plaintiff Ex #10 (Admitted) |
| 40 | Photos of incident site from criminal proceedings - Plaintiff Ex #12 (Admitted) |
| 41 | Photos of incident site from criminal proceedings - Plaintiff Ex #8 (Off/Wdrn) |
| 42 | Photos of incident site from criminal proceedings - Plaintiff Ex #9 (Off/Wdrn) |
| 43 | Photos of incident site from criminal proceedings - Plaintiff Ex #11 (Off/Wdrn) |
| 44 | Photos of incident site from criminal proceedings - Plaintiff Ex #13 (Off/Wdrn) |
| 45 | SPD Policies and Procedures – Use of Force Regs., Chapter 145, Secs. 1 145 and 1 149 |
| 46 | Seattle Municipal Code, SPD Officers' Bill of Rights (selected portions) |
| 47 | Illustrative diagram of incident area |
| 48 | Aerial photograph of incident area |
| 49 | Enshin Karate Dojo Kun Creed of Ethics |
| 50 | Videotape of incident area - Allah document S0722 |
| 51 | Defendants' Resps. to Plaintiffs' First Set of Discovery, dated 1/02/01 |
| 52 | Defendants' 1st Supp. Resps. to Plaintiffs' First Set of Discovery, dated 2/14/01 |
| 53 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 3/20/01 |
| 54 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/14/01 - Martin |
| 55 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/14/01 - Williams |
| 56 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/14/01 - Pomper |
| 57 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/16/01 - Rodgers |
| 58 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/16/01 - Wong |
| 58 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/16/01 - Stoltz |
| 60 | Defendants' 2nd Supp. Resps. to Plaintiffs' First Set of Discovery, dated 5/21/01 - Haviland |
| 61 | Defendants' Resps. to Plaintiffs' Second Set of Discovery, dated 1/02/01 |
| 62 | Defendants' Supp. Resps. to Plaintiffs' Second Set of Discovery, dated 2/12/01 |

**DATED** this 20th day of July, 2001 at Seattle, Washington

DORSEY & WHITNEY LLP

David R. Goodnight, WSBA No 20268
Richard E. Mitchell, WSBA No 25940
Attorneys for Kenyatto Allah and Gregory Lewis

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTER
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800
(206) 903-8820

CC TO JUDGE ___DJ___

_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED THE HONORABLE JUDGE BARBARA JACOBS ROTHSTEIN

JUL 20 2001   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENYATTO ALLAH and GREGORY LEWIS,    ) | |
|                           ) | |
|            Plaintiffs,     ) | NO.  C00-1061R |
|                           ) | |
|     v.                     ) | |
|                           ) | **CERTIFICATE OF SERVICE** |
| CITY OF SEATTLE, et al.,       ) | |
|                           ) | |
|           Defendants.    ) | |
| _____ ) | |

I, Leslie D. Teves, certify that on July 20, 2001, I caused to be delivered by messenger, a true copy of the following document.

    1.  Plaintiffs' Pre-Trial Statement

    2   Certificate of Service

in the above captioned matter addressed to:

Stephen P  Larson
Theron Buck
Stafford Frey Cooper
2500 Rainier Tower
1301 Fifth Avenue
Seattle, WA  98101-2621

DATED this 20th day of July, 2001, at Seattle, Washington

_____
Leslie D. Teves

CERTIFICATE OF SERVICE - 1

ORIGINAL

**DORSEY & WHITNEY** LLP
A Limited Liability Partnership
U S Bank Bldg  Centre
1420 Fifth Ave , Suite 3400
Seattle, Washington 98101
(206) 903-8800