What is the protocal, rules, I'm not sure how to word it, between a citizen and an officer?

Does an officer have automatically, by law, authority, I'm not sure how to word it, over a civilian?

Christine Hok

P.S. — Does a citizen have the right to choose if they will stop when they're ordered to stop, can a citizen choose anything, at any time, to make their own decision, regarding any direction, I'm once again not sure how to word it, when they're having interaction with a police officer. Any type of interaction.

Christine Hok

Please refer to the court's instructions to the jury.

Dated at Seattle, Washington this 8th day of November, 2001.
9:45

Barbara J. Rothstein
U.S. District Judge

CV 00-01061 #00000175

175

"False arrest" is the false seizing of a person with intent to take that person into custody, or the false detaining of a person with the intent to take that person into custody, or the false arresting of a person with the intent to take that person into custody.

A temporary detention or seizure that does not result in an arrest is lawful if the officer has reasonable, articulable suspicion, based upon objective facts, that the detained or seized individual may be involved in criminal activity. Under those circumstances, an officer may lawfully detain or seize the individual for a limited, reasonable period of time to identify the individual and to ascertain the extent of the individual's involvement in the situation, if any. If the officer does not have a reasonable suspicion then detaining the individual for any period of time is not lawful.

During a detention, as during an arrest, the officer may not use excessive force.

Dated in Seattle, Washington, this 7th day of November, 2001, 5:30 p.m.

*Barbara J. Rothstein*
Barbara J. Rothstein
U.S. District Judge