# DORSEY & WHITNEY LLP

| | | |
|---|---|---|
| MINNEAPOLIS | U.S. BANK CENTRE | BRUSSELS |
| NEW YORK | 1420 FIFTH AVENUE, SUITE 3400 | COSTA MESA |
| SEATTLE | SEATTLE, WASHINGTON 98101 | BILLINGS |
| DENVER | TELEPHONE: (206) 903-8800 | FARGO |
| WASHINGTON, D.C. | FAX: (206) 903-8820 | HONG KONG |
| NORTHERN VIRGINIA | www.dorseylaw.com | GREAT FALLS |
| DES MOINES | | ROCHESTER |
| LONDON | | TOKYO |
| ANCHORAGE | DAVID R. GOODNIGHT | MISSOULA |
| SALT LAKE CITY | (206) 903-8859 | VANCOUVER |
| | FAX (206) 903-8820 | SHANGHAI |
| | goodnight.david@dorseylaw.com | |

5 December 2001

**HAND DELIVERY**



Magistrate Judge Ricardo S. Martinez
United States District Court
1010 Fifth Avenue
Seattle, WA 98104

Re:  Kenyatto Allah and Gregory Lewis v. City of Seattle, et al.,
     No. C00-1061R

Dear Magistrate Martinez:

We recently tried the above-referenced case in front of Judge Rothstein. The jury hung. During post-trial discussions, Judge Rothstein asked the parties to mediate, in an attempt to resolve the case.

If you are available, we would like to arrange a mediation date at your convenience early in the new year. We would welcome an early opportunity to meet with you to discuss the logistics and timing of mediation, as well as possible ideas for resolution of this matter.

Thank you for your consideration.

Sincerely,

DORSEY & WHITNEY LLP

David R. Goodnight

cc:  The Honorable Barbara Rothstein
     Kristy Albrecht
     William Broberg
     Richard E. Mitchell
     Defense Counsel