# DORSEY & WHITNEY LLP

| | | |
|---|---|---|
| MINNEAPOLIS<br>NEW YORK<br>SEATTLE<br>DENVER<br>WASHINGTON, D C<br>NORTHERN VIRGINIA<br>DES MOINES<br>LONDON<br>ANCHORAGE<br>SALT LAKE CITY | U S BANK CENTRE<br>1420 FIFTH AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101<br>TELEPHONE. (206) 903-8800<br>FAX (206) 903-8820<br>www.dorseylaw com<br><br>DAVID R. GOODNIGHT<br>(206) 903-8859<br>FAX (206) 903-8820<br>goodnight david@dorseylaw com<br><br>13 February 2002 | BRUSSELS<br>COSTA MESA<br>BILLINGS<br>FARGO<br>HONG KONG<br>GREAT FALLS<br>ROCHESTER<br>TOKYO<br>MISSOULA<br>VANCOUVER<br>SHANGHAI |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 23 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**VIA HAND DELIVERY**
Honorable Barbara Rothstein
US District Court
1010 Fifth Avenue
Seattle, WA 98104

Re    Kenyatto Allah and Gregory Lewis v City of Seattle, et al , No C00-1061R

Dear Judge Rothstein

This will confirm that the parties have settled this matter  We are in the process of preparing the settlement documents and an agreed order of dismissal, and we will forward an order to you shortly.  Magistrate Judge Martinez was extremely helpful in mediation and we deeply appreciate his work.

We also want to express our sincere appreciation to you, your law clerk, and your wonderful staff for the outstanding work of the Court during this matter, both prior to and at trial We deeply appreciate the high quality of judging in your courtroom and the wonderful work, consistently done by your staff  It meant a great deal to our clients to have an opportunity to have this case tried before you.

Sincerely,

DORSEY & WHITNEY LLP

David R. Goodnight

cc   Magistrate Judge Martinez
     Stephen P Larson
     Theron Buck
     William Broberg
     Richard E Mitc'
     Vanessa Power
     Kristy Albrecht

CV 00-01061 #00000197